In The Fifth District
Court of Appeals
Dallas Division
05-15-00184-CR

FILED IN
COURT OF APPEALS

FEB 1 2 2015

LISA MATZ
CLERK, 5th DISTRICT

Victor Bernard Brown,
    appellant,

VS.

State of Texas,
    appellee.

§

§

§

No. _____
(District Ct. No. F14 - 76504)
194th District Ct.

## Notice of Appeal
### (pro se)

To The Honorable Said Court:

Comes Now Victor Bernard Brown hereinafter "Appellant" in the above style and cause do hereby files this his Notice of Appeal pro se. In support thereof appellant shows the Court the following:

A conviction and sentence was entered on or about 1/14/15 in Cause No. F14 - 76504 of the 194th District Court.

## Deadline

The deadline to file Notice of Appeal is 2-13-15.

Appellant appeals the judgment to deny Motion For Competency Hearing in which it was determined that appellant was competent to stand trial. Appellant has a Right to appeal this pretrial motion.

Executed 2-05-015 2015.

Victor Bernard Brown
# 14062774
P.O. Box 660334
Dallas, Texas
            75266 - 0334

2-05-015 _____ 2015

RE: Brown v. State, F14-76504
Subject: Request For Permission To Appeal and
Notice of Appeal

Dear
Clerk

Enclosed please find a true and correct copy of
Request For Permission To Appeal and Notice of Appeal.
Please bring this to the attention of the Court at the
earliest Convenience.

Sincerely,

X _____
Victor Bernard Brown
# 14062774
P.O. Box 660334
Dallas, Texas
           75266-0334

In The Fifth District
Court of Appeals
Dallas Division

RECEIVED
Court of Appeals
FEB 10 2015
Lisa Matz
Clerk, 5th District

§

Victor Bernard Brown,
appellant,

vs.

State of Texas,
appellee.

§ No. _____
(District Ct. No. F14-76504)
194th District ct.

§

## Request For Permission To Appeal

To The Honorable Said Court:

Comes Now Victor Bernard Brown hereinafter "Appellant" in the above style and cause do hereby files this his Request For Permission To Appeal. In support thereof appellant shows the Court the following:

### Summary of the Case

Appellant pled guilty pursuant to a plea bargain agreement in which the state recommended a 3yr. sentence. The trial court approved such agreement and sentenced appellant to a 3yr sentence on January 14, 2015 for the offense of Failure To Comply With Registration Requirements.

### Reason For Appeal

Appellant hereby requests appeal of pretrial motions raised by written motions filed and ruled on before trial. Specifically, the motions for examination conducted by pyschiatrist or pyschologist and the trial court's ruling that appellant was competent to stand trial, Appellant did not receive the appropriate examination which is the exam to determine whether appellant was competent at the time of the offense. Appellant brought that issue to his attorney's attention, but counselor sought the opposite examination of whether appellant was competent to stand trial. Appellant will further contend on appeal that the trial court

(1)

abused its discretion when it denied appellant's competency motion without conducting a live hearing in which appellant could have cross-examined the expert's opinion and presented expert testimony on behalf of the defense. Appellant contend that he was not competent at the time of the offense and due to his mental illness did not have the ability to follow or violate the law.

This Request is made pursuant to Texas R. of Appellate Procedure § 25.2(a)(2). (Vernon's 2014).

## Prayer

wherefore, premises considered, appellant prays that this court grant permission to appeal.

## Certificate of Service

I Victor Bernard Brown do hereby certify that a true and correct copy of Request For Permission To Appeal has been served by placing the same in the U.S. Mail and addressed to :

Felicia Pitre
Dallas Co. District Clerk LB-12
133 N. Riverfront Blvd.
Dallas, Texas 75207-4313

Fifth District Court of Appeals

Dallas, Texas

Executed on 2-05-015 2015.

x _Veotha Brown_
Victor Bernard Brown
#14062774
P.O. Box 660334
Dallas, Texas 75266-0334

(2)

Victor Bernard Brown #1406274
P.O. Box 660334
Dallas, Texas
75266-0334

Fifth District Court of Appeals
600 Commerce St
Dallas, Texas 75207

FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.48⁰
02 1R
000 20 10651    FEB 06 2015
MAILED FROM ZIP CODE 75202